IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| mySalesman, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Joel Ressel, et al., <br><br> Defendants. | 4:21-CV-3165 <br><br> ORDER AND PERMANENT INJUNCTION |

IT IS ORDERED:

1. The parties' stipulation for entry of judgment (filing 17) is approved.

2. The Defendants, and those in active concert or participation with them with actual notice of this Order, are enjoined from hosting, creating, operating, being employed by or owners of, any business that provides fence cost estimates based upon satellite- or image-based measurements made by the prospective customer.

3. As to Defendants Bill Brenner and Rich Ressel, the term of this injunction is perpetual; as to Defendant Joel Ressel, the term of this injunction is five years from the date of this order.

4. Judgment is entered in favor of the Plaintiff and against the Defendants, jointly and severally, in the amount of $25,000.00.

5. Any relief sought but not granted herein is denied.

6. A separate judgment will be entered.

Dated this 1st day of December, 2021.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
United States District Judge

- 2 -